**Order filed August 9, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00742-CV

**SYLVIA YOLANDA ARREDONDO, Appellant**

**V.**

**ANTONIO A. BETANCOURT, JR., Appellee**

---

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2002-05630**

---

## O R D E R

The clerk's record was filed September 30, 2011 . Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the court's charge nor the jury's verdict.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 16, 2012, containing the court's charge and the jury's verdict.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM